In the Matter of the Will of FREDERIC K. AGATE, Deceased.

MARY V. SMITH, an Incompetent Person, and KATHERINE B. AGATE et al., Infants, by SAMUEL STERN, as Special Guardian, Appellants; IRVING TRUST COMPANY, as Trustee under the Will of FREDERIC K. AGATE, Deceased, et al., Respondents.

(Submitted June 3, 1935; decided June 11, 1935.)

*Leonard B. Smith* and *Orwill V. W. Hawkins* for motion. No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.